In re Paul GRAHAM, Petitioner.

No. 03–6059.

United States Court of Appeals,
Fourth Circuit.

Submitted May 1, 2003.

Decided June 5, 2003.

Paul Graham, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and
TRAXLER, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Paul Graham has filed a petition for a
writ of mandamus seeking to have this
court compel the district court to grant his
motion to amend his complaint in a 42
U.S.C. § 1983 (2000) action that the dis-
trict court has since closed by entering
final judgment in favor of the defendant.

Mandamus is a drastic remedy and
should only be used in extraordinary situa-
tions. *See Kerr v. United States Dist.
Court*, 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *In re Beard*, 811 F.2d
818, 826 (4th Cir.1987). Mandamus relief
is only available when there are no other

means by which the relief sought could be granted, *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987), and may not be used as a substitute for appeal. *In re Catawba Indian Tribe,* 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking prohibition or mandamus relief carries the heavy burden of showing that he has no other adequate means to attain the relief he desires and that his entitlement to such relief is clear and indisputable. *Allied Chem. Corp. v. Daiflon, Inc.,* 449 U.S. 33, 35, 101 S.Ct. 188, 66 L.Ed.2d 193 (1980).

Graham fails to make such a showing because mandamus relief may not be used as a substitute for appeal. Because Graham may challenge the district court's adverse decision on appeal, we deny Graham's petition for a writ of mandamus. We grant leave to proceed in forma pauperis in this Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*